# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Hemendra H. Patel | § | Case No. 11-37354 |
| Estela A. Patel | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> 219 S. Dearborn Street
> Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

> 10:30 a.m. on May 6, 2015
> in Courtroom 613, U.S. Courthouse
> 219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____Kenneth S. Gardner_____
                                           Clerk of the Bankruptcy Court

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Hemendra H. Patel                   §    Case No. 11-37354
Estela A. Patel                     §
                                    §
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 57,500.00 |
| and approved disbursements of | $ | 42,827.73 |
| leaving a balance on hand of[1] | $ | 14,672.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 4,350.00 | $ 0.00 | $ 4,350.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 6.36 | $ 0.00 | $ 6.36 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 9,356.36 |
| Remaining Balance | $ 5,315.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,116.56 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa) Na By American Infosource L | $ 11,116.56 | $ 0.00 | $ 5,315.91 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,315.91 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 11-37354-TAB
Hemendra H. Patel                                             Chapter 7
Estela A. Patel
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps                 Page 1 of 1                  Date Rcvd: Apr 08, 2015
                              Form ID: pdf006             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2015.
db/jdb         +Hemendra H. Patel,    Estela A. Patel,    405 Hill Top Court,    Schaumburg, IL 60193-1564
17792760       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   Cap One,    Po Box 85520,   Richmond, VA 23285)
20311641        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
17792761       +Chicago Cornea Consultants, LTD,    1585 N Barrington,   Doctors Building 2 Suite 502,
                 Hoffman Estates, IL 60169-1090
17792762       +Chicago Title Insurance Company,    1701 Golf Road Suite 1-101,    Rolling Meadows, IL 60008-4234
17792763       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17792764       +Codilis & Associates,    15W030 North Frontage Road,   Suite 100,    Willowbrook, IL 60527-6921
17792765       +Gardi & Haught, Ltd,    939 N Plum Grove Road, Suite C,    Schaumburg, IL 60173-4775
17792766       +Harris N A,    Po Box 94034,   Palatine, IL 60094-4034
17792767       +Hsbc/Mnrds,    90 Christiana Rd,   New Castle, DE 19720-3118
17792768       +James Phillip Habel,    851 Dovington Court,   0047998448, IL 60169-2309
17792770       +Pierce & Associates,    1 North Dearborn,   Suite 1300,   Chicago, IL 60602-4373
17792771        Sears/Cbsd,   133200 Smith Rd,    Cleveland, OH 44130
17792772       +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
17792773       ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,   1ST FLOOR,    DES MOINES IA 50328-0001
                (address filed with court:   Wachovia Bank,    PO Box 13327,   Roanoke, VA 24040)
17792774       +Wells Farge Bank,    800 Walnut St,   Mac 4031-080,   Des Moines, IA 50309-3605
17792775       +Wfm/Wbm,   4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4200
17792776       +Wfnnb/Roomplace,    Po Box 2974,   Shawnee Mission, KS 66201-1374
17792777       +Wfnnb/Valucityroomstod,    Po Box 182303,   Columbus, OH 43218-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18255036        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2015 01:24:06
                 Capital One Bank (USA) NA by American InfoSource L,   PO Box 248839,
                 Oklahoma City, OK 73124-8839
17792769       +E-mail/Text: EBN_Notifications@OWB.com Apr 09 2015 01:19:19      Onewest Bank,
                 6900 Beatrice Dr,   Kalamazoo, MI 49009-9559
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Nicola Tancredi
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2015 at the address(es) listed below:
         Joseph P Doyle   on behalf of Debtor Hemendra H. Patel joe@fightbills.com,  courts@fightbills.com
         Joseph P Doyle   on behalf of Joint Debtor Estela A. Patel joe@fightbills.com,
          courts@fightbills.com
         Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
         Steven R Radtke   sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
         Steven R Radtke   on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
          sradtke@ecf.epiqsystems.com
                                                                                              TOTAL: 5
```