# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                §
                                      §
                                      §
Hemendra H. Patel                     §    Case No. 11-37354
Estela A. Patel                       §
                                      §
                                      §
          Debtor(s)                   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 263,844.19<br>*(Without deducting any secured claims)* | Assets Exempt: 58,300.00 |
| Total Distributions to Claimants: 10,764.19 | Claims Discharged<br>Without Payment: 388,880.65 |
| Total Expenses of Administration: 31,735.81 | |

3) Total gross receipts of $ 57,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 42,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 335,837.00 | $ 5,448.28 | $ 5,448.28 | $ 5,448.28 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 31,735.81 | 31,735.81 | 31,735.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,243.00 | 11,116.56 | 11,116.56 | 5,315.91 |
| **TOTAL DISBURSEMENTS** | $ 383,080.00 | $ 48,300.65 | $ 48,300.65 | $ 42,500.00 |

  4)  This case was originally filed under chapter 7 on  09/14/2011 .  The case was pending for 46 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  07/02/2015            By:/s/STEVEN R. RADTKE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential personal injury case due to car accident. Thinking | 1242-000 | 57,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 57,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Hemendra H. Patel | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N A Po Box 94034 Palatine, IL 60094 | | 16,798.00 | NA | NA | 0.00 |
| | Onewest Bank 6900 Beatrice Dr Kalamazoo, MI 49009 | | 92,295.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfm/Wbm 4101 Wiseman Blvd # Mc-T San Antonio, TX 78251 | | 226,744.00 | NA | NA | 0.00 |
| | Medicare | 4220-000 | NA | 948.28 | 948.28 | 948.28 |
| | Progressive Physical Therapy | 4220-000 | NA | 4,500.00 | 4,500.00 | 4,500.00 |
| **TOTAL SECURED CLAIMS** | | | $ 335,837.00 | $ 5,448.28 | $ 5,448.28 | $ 5,448.28 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| STEVEN R. RADTKE | 3110-000 | NA | 4,350.00 | 4,350.00 | 4,350.00 |
| STEVEN R. RADTKE | 3120-000 | NA | 6.36 | 6.36 | 6.36 |
| Nicola S. Tancredi and the Law Offices of Nicola S. Tancredi | 3210-000 | NA | 19,166.66 | 19,166.66 | 19,166.66 |
| Nicola S. Tancredi and the Law Offices of Nicola S. Tancredi | 3220-000 | NA | 3,212.79 | 3,212.79 | 3,212.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 31,735.81 | $ 31,735.81 | $ 31,735.81 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA 23285 | | 10,855.00 | NA | NA | 0.00 |
| | Chicago Cornea Consultants, LTD 1585 N Barrington Doctors Building 2 Suite 502 Hoffman Estates, IL 60169 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Title Insurance Company 1701 Golf Road Suite 1-101 Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 26,208.00 | NA | NA | 0.00 |
| | Codilis & Associates 15W030 North Frontage Road Suite 100 Willowbrook, IL 60527 | | 0.00 | NA | NA | 0.00 |
| | Gardi & Haught, Ltd 939 N Plum Grove Road, Suite C Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Mnrds 90 Christiana Rd New Castle, DE 19720 | | 3,673.00 | NA | NA | 0.00 |
| | James Phillip Habel 851 Dovington Court 0047998448, IL 60169 | | 1,000.00 | NA | NA | 0.00 |
| | Pierce & Associates 1 North Dearborn Suite 1300 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Sears/Cbsd 133200 Smith Rd Cleveland, OH 44130 | | 817.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | 712.00 | NA | NA | 0.00 |
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | 2,222.00 | NA | NA | 0.00 |
| | Wachovia Bank PO Box 13327 Roanoke, VA 24040 | | 0.00 | NA | NA | 0.00 |
| | Wells Farge Bank 800 Walnut St Mac 4031-080 Des Moines, IA 50309 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/Roomplace Po Box 2974 Shawnee Mission, KS 66201 | | 206.00 | NA | NA | 0.00 |
| | Wfnnb/Valucityroomstod Po Box 182303 Columbus, OH 43218 | | 1,550.00 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa) Na By American Infosource L | 7100-000 | NA | 11,116.56 | 11,116.56 | 5,315.91 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 47,243.00** | **$ 11,116.56** | **$ 11,116.56** | **$ 5,315.91** |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-37354 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Hemendra H. Patel | | | | Date Filed (f) or Converted (c): | 09/14/2011 (f) |
| | Estela A. Patel | | | | 341(a) Meeting Date: | 10/11/2011 |
| For Period Ending: | 07/02/2015 | | | | Claims Bar Date: | 02/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Daughter's Townhome Located At 1775 Sessions Walk, Hoffman E | 59,500.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate Located At 405 Hill Top Court, Schaumburg Il 601 | 234,500.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account With One Source Federal Credit Union | 10.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account With Advantage Federal Credit Union | 700.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account With Pnc Bank | 61.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account With Pnc Bank | 49.00 | 0.00 | | 0.00 | FA |
| 7. Savings Account With Harris Bank | 3,921.19 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Used Household Goods And Furnishings | 495.00 | 495.00 | | 0.00 | FA |
| 9. Books, Pictures, And Cd's | 105.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneous Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 12. Checking Account With Harris Bank | 2,003.00 | 0.00 | | 0.00 | FA |
| 13. Term Life Insurance Policy Through Hartford Life And Annuity | 0.00 | 0.00 | | 0.00 | FA |
| 14. Term Life Insurance Policy Through Time Insurance Company - | 0.00 | 0.00 | | 0.00 | FA |
| 15. 401(K) / Retirement Plan Through Employer - 100% Exempt. | Unknown | 0.00 | | 0.00 | FA |
| 16. 401(K) / Retirement Plan Through Employer - 100% Exempt. | Unknown | 0.00 | | 0.00 | FA |
| 17. Estimated 2010 Tax Refund Of $11,875.00 Received In May 2011 | 0.00 | 0.00 | | 0.00 | FA |
| 18. Automobile - 1994 Dodge Grand Caravan With 95,000 In Mileage | 1,800.00 | 0.00 | | 0.00 | FA |
| 19. Automobile - 2001 Ford Focus With 100,000 In Mileage - Paid | 1,200.00 | 349.19 | | 0.00 | FA |
| 20. Automobile - 2002 Saturn Sl With 48,000 In Mileage - Paid In | 2,000.00 | 0.00 | | 0.00 | FA |
| 21. Potential personal injury case due to car accident. Thinking (u) | 0.00 | 1.00 | | 57,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $307,144.19 | $845.19 | $57,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case fully administered. Trustee's Final Report has been filed and approved; distribution checks mailed out 5/28/15; TDR to be filed once all checks clear.

Trustee examined Debtor about his potential personal injury case.  After conferring with the attorney Debtor had consulted with, the Trustee employed special counsel Nicholas Tancredi to pursue the matter.  A personal injury case was filed in the Circuit Court of Cook County, Illinois as Case No. 12 L 006455; as of 6/30/14 , litigation pending (next case management conference 12/17/14); case settled

Initial Projected Date of Final Report (TFR): 10/11/2013        Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-37354 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Hemendra H. Patel | Bank Name: Associated Bank |
| Estela A. Patel | Account Number/CD#: XXXXXX5653 |
| | Checking |
| Taxpayer ID No: XX-XXX0111 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/02/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/18/15 | 21 | Allstate Insurance Company<br>Chicago South Market Claim Office<br>9022 Heritage Parkway<br>Woodridge, IL 60517-4993 | Settlement proceeds | 1242-000 | $57,500.00 | | $57,500.00 |
| 02/25/15 | 1001 | Hemendra H. Patel<br>405 Hill Top Court<br>Schaumburg, IL 60193 | Debtor's Exemption in proceeds of personal injury settlement | 8100-002 | | $15,000.00 | $42,500.00 |
| 02/25/15 | 1002 | Nicola S. Tancredi and the Law Offices of Nicola S. Tancredi<br>Law Offices of Nicola S. Tancredi<br>Two No. TransAm Plaza Drive<br>Suite 250<br>Oak Brook Terrace, IL 60181 | Special Counsel to Trustee Fees per order of Court dated 2/10/15 | 3210-000 | | $19,166.66 | $23,333.34 |
| 02/25/15 | 1003 | Nicola S. Tancredi and the Law Offices of Nicola S. Tancred<br>Law Offices of Nicola S. Tancredi<br>Two No. TransAm Plaza Drive<br>Suite 250<br>Oak Brook Terrace, IL 60181 | Special Counsel to Trustee Expenses per order of Court dated 2/10/15 | 3220-000 | | $3,212.79 | $20,120.55 |
| 02/25/15 | 1004 | Progressive Physical Therapy<br>15 Spinning Wheel Road<br>Suite 24<br>Hinsdale, IL 60521 | Payment of physical therapy lien pursuant to order of Court dated 2/10/15 | 4220-000 | | $4,500.00 | $15,620.55 |
| 02/25/15 | 1005 | Medicare<br>BCRC/NGHP<br>P.O. Box 138832<br>Oklahoma City, OK 73113 | Payment of Medicare lien pursuant to order of Court dated 2/10/15. Medicare ID No. 201125009001826 | 4220-000 | | $948.28 | $14,672.27 |
| 05/28/15 | 1006 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,000.00 | $9,672.27 |

Page Subtotals: $57,500.00   $47,827.73

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-37354 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Hemendra H. Patel | Bank Name: | Associated Bank |
| | Estela A. Patel | Account Number/CD#: | XXXXXX5653 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0111 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/02/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/15 | 1007 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $4,350.00 | $5,322.27 |
| 05/28/15 | 1008 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $6.36 | $5,315.91 |
| 05/28/15 | 1009 | Capital One Bank (Usa) Na By American Infosource L<br>Po Box 248839<br>Oklahoma City, Ok 73124-8839 | Final distribution to claim 1 representing a payment of 47.82 % per court order. | 7100-000 | | $5,315.91 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $57,500.00 | $57,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $57,500.00 | $57,500.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $57,500.00 | $42,500.00 |

Page Subtotals:   $0.00   $9,672.27

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5653 - Checking | $57,500.00 | $42,500.00 | $0.00 |
|  | $57,500.00 | $42,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $57,500.00 |
| Total Gross Receipts: | $57,500.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*